UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff

Case Number 2:11-CV-14467 DPH
Hon. Denise Page Hood

-v-

JENNIFER E. WILSON

                 Defendant

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ENTERING JUDGMENT AGAINST DEFENDANT

**THIS MATTER** having come before the Court on Plaintiff's Motion for Summary Judgment; and a hearing having been held on January 4, 2011;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED.

**IT IS FURTHER ORDERED** that Judgment is hereby entered in favor of the UNITED STATES OF AMERICA, and against JENNIFER WILSON, in the amount of $3,349.36, plus pre-judgment interest from the date of the filing of the Complaint, and $350.00 in court costs plus post judgment interest pursuant to 28 U.S.C. 1961 is awarded in favor of Plaintiff, the UNITED STATES OF AMERICA.

**IT IS FURTHER ORDERED** Plaintiff shall take no action to enforce this Judgment until the expiration of ninety (90) days from the entry of this Order to allow Defendant additional time to complete and submit to Plaintiff an Application for Total and Permanent Disability;

**IT IS FURTHER ORDERED** that should Defendant complete and submit to Plaintiff the Application for Total and Permanent Disability, and if Plaintiff shall determine that Defendant's

loan is eligible for forgiveness/discharge on the basis of same, Plaintiff shall submit to this Court an Order vacating this Judgment and dismissing this cause of action with prejudice.

Dated:  January 27, 2012                     s/Denise Page Hood
                                                          DENISE PAGE HOOD
                                                          UNITED STATES DISTRICT JUDGE

     I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Jennifer E. Wilson, 666 W. Bethune, 701, Detroit, MI 48202, on this date, Friday, January 27, 2012, by electronic and/or ordinary mail.

                                                                             s/LaShawn R. Saulsberry
                                                                             Case Manager